Anthony A. Russo
RUSSO & GRAHAM
600 Stewart Street, Suite 1510
Seattle, WA 98101
Attorney for Plaintiffs
(206) 448-5905
(206) 441-4743 FAX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**SAMUEL OSBURN** and **DOLORES OSBURN**, husband and wife and the marital community composed thereof,

      Plaintiffs

      v.

**PRIDE MOBILITY PRODUCTS CORP**., a Pennsylvania Corporation,

      Defendant.

No.    C05-930L

ORDER GRANTING MOTION FOR SUBSTITUTION

THIS MATTER having come before the Court pursuant to Plaintiff's Motion for Substitution, the Declaration of Dolores Osburn, the records and file herein and pursuant to Fed.R. Civ. P. 25(a), the Court finds that:

1. Plaintiff Samuel Osburn died on June 19, 2005.

2. The claims made by Plaintiff Samuel Osburn against Defendant Pride Mobility Products Corp. survives the death of Plaintiff Samuel Osburn.

3. Dolores Osburn is the wife of deceased, has been appointed personal representative of the estate of Samuel Osburn, and is an appropriate representative to be substituted for the deceased Plaintiff Samuel Osburn.

ORDER GRANTING MOTION FOR SUBSTITUTION -1

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 1510
PLAZA 600 BUILDING
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905

4. Dolores Osburn can adequately and properly prosecute the claims of Plaintiff Samuel Osburn against Defendant Pride Mobility Products Corp.

5. It is appropriate to under Fed.R. Civ. P. 25(a) to substitute Plaintiff Dolores Osburn in place of the deceased plaintiff.

IT IS HEREBY ORDERED:

1. Plaintiff's motion is granted.

2. Dolores Osburn, personal representative of the estate of Samuel Osburn, is substituted as Plaintiff in place of the decedent Plaintiff Samuel Osburn.

3. All further pleadings in the action shall contain a caption identifying Dolores Osburn as the representative plaintiff in place of decedent Plaintiff Samuel Osburn.

Presented By:
s/ Anthony A. Russo
WSBA # 6272
RUSSO & GRAHAM
600 Stewart Street, Suite 1510
Seattle, WA 98101
Telephone: (206) 448-5905
Fax: (206) 441-4743
Email: aarusso@aol.com

LAW OFFICE OF MICHAEL SHETABI

s/ Michael M. Shetabi
MICHAEL M. SHETABI
WSBA #, 25898

DATED this 6th day of September, 2005.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
SUBSTITUTION -2

LAW OFFICES OF
RUSSO & GRAHAM
SUITE 1510
PLAZA 600 BUILDING
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905